# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA



FILED

AUG 1 2 2009

WILLIAM B. GUTHRIE
Clerk, U.S. District Court

By_____
Deputy Clerk

JERRY L. SEWARD,           )
                                        )

         Petitioner,        )

                                          )

v.                                        )      **Case No. CIV 07-195-RAW-KEW**

                                        )

**WALTER DINWIDDIE, Warden,**    )

                                        )

         Respondent.       )

## OPINION AND ORDER

This matter is before the court on petitioner's motion to dismiss his amended petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241 [Docket #32]. The respondent has filed two almost identical motions to dismiss [Docket #30 & 31], but it is unclear whether the second one is intended as an amended motion to dismiss. Plaintiff alleges his petition is insufficient, and it lacks a "key component" [Docket #32 at 1]. He also makes an unsupported claim that "as a matter of law the Grady County District Court and the Department of Corrections (DOC) acted without proper jurisdiction in the missapplication [sic] of Oklahoma Statutes that in fact were not availiable [sic] in this case at bar" [Docket #32 at 1-2].

The court construes petitioner's motion as a motion to voluntarily dismiss this action, pursuant to Fed. R. Civ. P. 41(a)(2). *See Haines v. Kerner*, 404 U.S. 519 (1972) (pro se litigant's pleadings should be construed liberally). The respondent has not filed a response to plaintiff's motion.

**ACCORDINGLY,** petitioner's motion to dismiss petition for writ of habeas corpus

[Docket #32] is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS SO ORDERED** this 12th day of August 2009.

_Ronald A. White_

**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**